## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Middle District of North Carolina |
|---|---|---|

| Name *(under which you were convicted)*:<br>Sean Darnell Jeffries | | Docket or Case No.:<br>1:11CR00127-01 |
|---|---|---|
| Place of Confinement:<br>FCI Fairton, P.O. Box 420, Fairton, New Jersey 08320 | Prisoner No.:<br>27863-057 | |
| UNITED STATES OF AMERICA<br><br>V.  Sean Jeffries | Movant *(include name under which convicted)* | FILED<br>SEP 23 2015<br>Clerk U.S. District Court<br>Greensboro, NC<br>BY |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   Honorable Thomas D. Schroeder, Judge, United States District Court, Middle District of North Carolina

   (b) Criminal docket or case number (if you know): __1:11CR00127-01__

2. (a) Date of the judgment of conviction (if you know): __3/5/2012__

   (b) Date of sentencing: __9/19/2012__

3. Length of sentence: __360 months__

4. Nature of crime (all counts):

   conspiracy to distribute more than 280 grams of crack cocaine and conspiracy to possess with intent to distribute more than 5 kilograms of cocaine; possession with intent to distribute an amount less than 28 grams of crack cocaine; possession of a firearm in furtherance of a drug trafficking crime

5. (a) What was your plea? (Check one)

   (1) Not guilty [✓]        (2) Guilty [ ]        (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)        Jury [✓]        Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes [ ]        No [✓]

8. Did you appeal from the judgment of conviction?        Yes [✓]        No [ ]

9. If you did appeal, answer the following:

    (a) Name of court: CTA4

    (b) Docket or case number (if you know): 12-4803

    (c) Result: Affirmed

    (d) Date of result (if you know): 5/21/2014

    (e) Citation to the case (if you know): 572 Fed. Appx. 167 (4th Cir. 2014)

    (f) Grounds raised:

(1) evidence was insufficient to prove conspiracy; (2) testimony of unindicted co-defendant was unreliable; (3) government's expert was not timely noticed and was not qualified; (4) the sentence imposed violated Alleyne v. United States, 133 S.Ct. 2151 (2013)

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☑    No ☐

        If "Yes," answer the following:

        (1) Docket or case number (if you know):

        (2) Result: Denied

        (3) Date of result (if you know): 10/6/2014

        (4) Citation to the case (if you know): 135 S.Ct. 313 (10/6/14)

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐        No ☐

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket of case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐        No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☐

    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective assistance of counsel during the critical stages of plea bargaining. sentencing, and direct appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Initially, the government offered the chance to enter a guilty plea to a two-count-indictment carrying a sentence of ten years' imprisonment. Petitioner told counsel that he wanted to accept the plea offer. Counsel failed to convey acceptance of the plea offer to the government in a timely fashion. The plea offer lapsed because counsel did not convey the acceptance within the government's time frame. After that, things went downhill. All of this is explained in the memorandum of law, a copy of which is attached hereto and incorporated by reference herewith. Replacement counsel then was involved in plea negotiations with the government. The negotiations came to a halt when Mr. Roberts went on vacation. When Mr. Roberts returned, and negotiations resumed. Mr. Roberts failed to keep Petitioner informed on the progress (or lack thereof) of plea negotiations. Petitioner believes that he was not informed of all plea offers. If that's true, the failure to communicate with Petitioner deprived Petitioner of the chance to accept a plea offer which presumably would have led to a lower sentence.
Sentencing counsel failed to object to the ex post facto violation arising from the use of the 2011 Sentencing Guidelines Manual which applied guideline enhancements imposed after the Petitioner's involvement in the conspiracy terminated, and after the conspiracy terminated. Appellate counsel was ineffective for failing to appeal the ex post facto violation. As a result of the IAC of sentencing counsel and/or appellate counsel, the sentence is more severe that it would have been with effective lawyering.

(b) **Direct Appeal of Ground One:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

ineffective assistance of counsel claims must be raised in a 2255 motion

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

**GROUND TWO:** _____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

ineffective assistance of counsel

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☐


(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(3)   Did you receive a hearing on your motion, petition, or application?
      Yes [ ]      No [ ]

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes [ ]      No [ ]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes [ ]      No [ ]

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND THREE:** _____


(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:**   _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Four:**

   (1)   If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐       No ☐

   (2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)   **Post-Conviction Proceedings:**

   (1)   Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐       No ☐

   (2)   If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:   _____

   Name and location of the court where the motion or petition was filed:

   _____

   Docket or case number (if you know):   _____

   Date of the court's decision:   _____

   Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?          Yes ☐          No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:
William Trivette, Esquire, Federal Public Defender

(c) At the trial:
Patrick Roberts, Esquire

(d) At sentencing:
Patrick Roberts, Esquier

(e) On appeal:
Robert L. McClellan, Esquire

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☑          No ☐

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The motion is timely. See memorandum of law for the detailed calculation.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

vacate the judgment in a criminal case

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

Cheryl J Stern          484-771-2000
attorney at Law
3 Spring Road
Chadds Ford, PA 19317

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

_____
(month, date, year)

Executed (signed) on  SEPTEMBER 15, 2015  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.