**United States District Court**
Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk					TELEPHONE: 336.332.6000

October 6, 2015

CHERYL J. STURM
ATTORNEY AT LAW
387 RING RD.
CHADDS FORD, PA 19317

   Re: Case No.  1:15CV814/1:11CR127-1
     Case Name: Sean Darnell Jeffries v. USA

Dear : Ms. Sturm,

  This letter is in reference to the above referenced case that you opened in the Middle District of North Carolina. As attorney of record, all future pleadings filed in this case must be signed by counsel who is admitted to practice in the Middle District of North Carolina and a registered ECF filer. As of this date you are not admitted to practice in the Middle District of North Carolina nor are you a registered e-filer. Please refer to LR 83.1 of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina.

  You must complete the admissions paperwork, necessary training and register as an e-filer within 30 days. The Judges in this Court have authorized notification requiring you to electronically submit all future filings via the Internet using our Case Management/Electronic Case Filing System (CM/ECF).

  If you need additional information concerning training and registration, please visit our website at www.ncmd.uscourts.gov. Training is offered in Greensboro and Winston-Salem. Attorneys trained by another CM/ECF court are not required to repeat the training. To schedule your training, please call Billy Crumley at 336-332-6003.

            Sincerely,

            JOHN S. BRUBAKER, CLERK By:

             /s/ Carol Butler
             Deputy Clerk

JSB/cb